# JOSEPH P. KALINOWSKI
## ATTORNEY AT LAW

September 25, 2024

The Honorable Malachy E. Mannion
William J. Nealon Federal Building and U.S. Courthouse
235 N. Washington Avenue
Scranton, PA  18503

      RE:      **United States vs. Maurice Faulkner**
                    **3:23-CR-26**

Dear Judge Mannion:

    On September 9, 2024, the Court sentenced Mr. Faulkner to 60 months incarceration. As part of the Court's sentence, it also recommended the RDAP program because of the Defendant's history of substance abuse. The Court further stated that it would recommend a facility which would be able to address the Defendant's health and medical needs. Mr. Faulkner was directed to surrender himself on October 4, 2024.

    On September 16, 2024, counsel received an email from the U.S. Marshals Service. This email indicated that Mr. Faulkner must report to FMC Devens by 2:00 P.M. on October 4, 2024. That facility does not offer RDAP. Further, FMC Devens is a significant distance from his family.

    Mr. Faulkner understands the designation of FMC Devens is most likely due to his health and medical needs. Mr. Faulkner's greater concern, however, is to be able to have the opportunity to participate and complete RDAP because of the rehabilitative needs it offers as well as the potential for reduced incarceration. Additionally, he wants to be able to see his family which could be potentially diminished due to the location of FMC Devens.

    Therefore, Mr. Faulkner respectfully requests the Court recommend his placement at a facility which offers RDAP and is closer to his family.

    Thank you for your consideration in this matter.

                                                                Sincerely,

                                                                Joseph P. Kalinowski
                                                                Attorney At Law