

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVENUE
P.O. BOX 914
SCRANTON, PA 18501-0914

MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE

(570) 207-5760
(570) 207-5769 (FAX)
JUDGE.MANNION@PAMD.USCOURTS.GOV

September 30, 2024

Joseph P. Kalinowski, Esquire
410 Jefferson Avenue
Scranton, PA 18510

RE: USA v. Maurice Faulkner
No: 3:23-cr-26

Dear Attorney Kalinowski:

I am in receipt of your letter dated September 25, 2024. As stated at Mr. Faulkner's sentencing hearing, I can only give a recommendation as to placement of the Defendant. The Federal BOP makes the ultimate decision as to where a Defendant is placed.

Thank you for your attention to this matter.

Very truly yours,

Malachy E. Mannion
United States District Judge

MEM/gg